**FILED**
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2460-DMS |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| ZOILO GONZALEZ-FERNANDEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about July 8, 2008, within the Southern District of California, defendant ZOILO GONZALEZ-FERNANDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Yolanda Mariscal-Rivas, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a

//
//
//
//
//

CEM:es:San Diego
7/11/08

```
 1  designated port of entry; in violation of Title 8, United States Code,
 2  Section 1324(a)(2)(B)(iii) and Title 18, United States Code,
 3  Section 2.
 4      DATED: 7/24/08.
 5                                      KAREN P. HEWITT
                                        United States Attorney
 6
 7                                      /s/ (signature) for
 8                                      CALEB E. MASON
                                        Assistant U.S. Attorney
```

CEM:es:San Diego
7/11/08                                2