AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | 08CR2460-DMS |
| ZOILO GONZALEZ-FERNANDEZ | CASE NUMBER: 08MJ2085 |

I, ZOILO GONZALEZ-FERNANDEZ, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 7/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL 2 4 2008
SOUTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA
BY                    DEPUTY

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

Translated by Alejandro Amigo to the Spanish.